Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Richard L. Berner, Jr.,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case Number: 20-3280 |
| **The GSI Group, LLC, d/b/a AGCO Corporation,** | ) ) ) ) |
| **Defendant.** | ) ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendant as follows:

(A) The prayer for relief at paragraph (b.) of the Complaint is granted and Defendant is ordered to reinstate Plaintiff to the position Plaintiff held at the July 28, 2020 termination, at the same rate of pay earned prior to termination, on January 29, 2021;

(B) The prayer for damages at paragraph (c.) of the Complaint is allowed and judgment for damages for past lost earnings and benefits from July 28, 2020 through January 28, 2021 in the sum of $35,680.50 is entered in favor of Plaintiff and against Defendant;

(C) The prayer for statutory interest on the damages at paragraph (d.) of the Complaint is awarded on the judgment entered at Paragraph B of this Judgment in the sum of $484.18 (for the period July 28, 2020 through January 28, 2021);

(D) The prayer for statutory liquidated damages at paragraph (e.) of the Complaint is allowed and judgment for additional damages in the sum of $72,329.36 (the judgment amount of Paragraph B plus Paragraph C); and

(E) The prayer for reasonable attorney's fees and costs at paragraph (f.) of the Complaint is allowed and judgment is entered in the sum of $25,000.00.

**Dated: January 27, 2021**

                 s/ Shig Yasunaga
                 Shig Yasunaga
                 Clerk, U.S. District Court

Approved: s/ Sue E. Myerscough
      Sue E. Myerscough
      U.S. District Judge